UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES v. ROBEL PHILLIPOS

Docket No.:   13-MJ-02162


AFFIDAVIT IN SUPORT OF ROBEL PHILLIPOS' REQUEST FOR
RELEASE ON CONDITIONS


I, Lorna McKenzie-Pollock, state and depose as follows:

1. I reside in the city of Brookline, Massachusetts.

2. I am a Licensed Independent Clinical Social Worker, licensed in the State of Massachusetts

3. I am employed in the private practice of psychotherapy. I am also an Adjunct Assistant Professor at Boston University School of Social Work

4. I have known Robel's mother Genet Bekele since 1991. I was her supervisor at the International Institute of Boston where she was a caseworker. I kept in touch with her when she attended social work school and have followed her professional progress. We talk on the telephone about three times a year and I see her at social and professional gatherings

5. I saw Robel on a number of occasions when he was a child. He came to my house on more than one occasion, and I attended social events at Genet's home in Cambridge. I also saw him at Ethiopian community events and at International Institute social events. My impression was that he was a secure, affectionate child who was being raised by a loving Ethiopian extended family. I only saw him on two occasions when he was an adolescent, but whenever I spoke with Genet, I would ask about him, and she always spoke with pride about his progress and accomplishments.

6. I have the greatest respect for Genet Bekele's integrity as a professional social worker, and as an American. I have always found her to be honest, and compassionate and caring about her clients, colleagues and friends. I saw her as a devoted mother and family member. I have always found her to be a kind, thoughtful, hard-working highly intelligent person who was working hard to attain the American dream for herself and her son.

7.  I reacted with shock and grief when I heard the news of Robel's arrest.

8.  My thoughts and prayers are with the family at this difficult time. I would be willing to be a character witness for Genet Bekele and help her in any way I can.

Signed under the pains and penalties of perjury, this 3rd day of May 2013.


Lorna McKenzie-Pollock